IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 16-11555** |
| **David Saunders** | : | **Chapter 13** |
| **Joan Saunders** | : | **Judge Jean K. FitzSimon** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | \* |
| | : | |
| **Wilmington Savings Fund Society,** | : | **Date and Time of Hearing** |
| **FSB, d/b/a Christiana Trust, not** | : | **Place of Hearing** |
| **individually but as trustee for Pretium** | : | **July 17, 2019 at 09:30 a.m.** |
| **Mortgage Acquisition Trust** | : | |
| **Movant,** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #3** |
| vs | : | **Philadelphia, PA, 19107** |
| | : | |
| **David Saunders** | : | |
| **Joan Saunders** | | |

**SCOTT F. WATERMAN (Chapter 13)**
            **Respondents.**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT
WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION
TRUST TO FORECLOSE ON 8122 RUGBY STREET, PHILADELPHIA, PA 19150**

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust (the "Creditor") moves this Court, under Bankruptcy Code §§ 361, 362, 363, and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, or dissolving the automatic stay imposed by Bankruptcy Code § 362 and avers as follows:

1.    This is an action arising pursuant to a case under Title 11 of the United States Code.

2.    Creditor is a lending institution duly authorized to conduct business in the Commonwealth of Pennsylvania.

3. Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured creditor of the Debtor.

4. David Saunders and Joan Saunders (collectively, "Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on March 8, 2016, ("Petition").

5. Debtor is currently obligated to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, under the terms of a certain Note, dated August 27, 2007, in the original principal amount of $145,500.00 executed by Debtor (hereinafter "Note").

6. As security for repayment of the Note, Debtor executed a certain Mortgage, dated of even date and of even amount, currently in favor of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, with respect to certain real property owned by the Debtor located at 8122 Rugby Street, Philadelphia, PA 19150 (hereinafter "Mortgaged Premises") and being recorded in Philadelphia County Recordings Office at Instrument Number 51774775 on September 18, 2007 in the Office of the Recorder of Deeds in and for Philadelphia County, Pennsylvania ("Mortgage").

7. Debtor has failed to make post-petition mortgage payments for the past 8 months, as of June 18, 2019.

8. Due to said failure by Debtor to make payments when due, Creditor lacks adequate protection of its security interest in the Mortgaged Premises.

9. The total loan balance and the amount past due to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust in post-petition arrearages are $138,881.27 and $10,327.11, less a post-petition suspense balance of $989.30, respectively, as of June 18, 2019.

16-009587_EJS1

10. The automatic stay of Section 362 of the Bankruptcy Code should be terminated with respect to the interest of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust in the Mortgaged Premises, pursuant to Section 362(d)(1).

WHEREFORE, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust respectfully requests this Honorable Court to enter an order terminating the Automatic Stay as it affects the interest of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust in the Mortgaged Premises of the Debtor specifically identified in the Mortgage, and granting such other relief as this Honorable Court may deem just.

Respectfully submitted,

/s Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-009587_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 16-11555** |
| **David Saunders** : | **Chapter 13** |
| **Joan Saunders** : | **Judge Jean K. FitzSimon** |
| : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | * |
| : | |
| **Wilmington Savings Fund Society,** : | **Date and Time of Hearing** |
| **FSB, d/b/a Christiana Trust, not** : | **Place of Hearing** |
| **individually but as trustee for Pretium** : | **July 17, 2019 at 09:30 a.m.** |
| **Mortgage Acquisition Trust** : | |
| **Movant,** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #3** |
| vs : | **Philadelphia, PA, 19107** |
| : | |
| **David Saunders** | |
| **Joan Saunders** | |

**SCOTT F. WATERMAN (Chapter 13)**
            **Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay to permit Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust to foreclose on 8122 Rugby Street, Philadelphia, PA 19150 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA 19606

Brad J. Sadek, Attorney for David Saunders and Joan Saunders, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA 19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June 28 , 2019:

16-009587_EJS1

David Saunders and Joan Saunders, 8122 Rugby Street, Philadelphia, PA 19150

DATE: __June 28, 2019__

/s Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-009587_EJS1