# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 16-11555** |
| **David Saunders** : | **Chapter 13** |
| **Joan Saunders** : | **Judge Jean K. FitzSimon** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | \* |
| : | |
| **Wilmington Savings Fund Society, FSB,** : | **Date and Time of Hearing** |
| **d/b/a Christiana Trust, not individually** : | **Place of Hearing** |
| **but as trustee for Pretium Mortgage** : | **July 17, 2019 at 09:30 a.m.** |
| **Acquisition Trust** : | |
| **Movant,** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #3** |
| vs : | **Philadelphia, PA, 19107** |
| **David Saunders** : | |
| **Joan Saunders** | |

**SCOTT F. WATERMAN (Chapter 13)**
        **Respondents.**

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust has filed a Motion for Relief from Automatic Stay.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before July 13, 2019, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

**Clerk, U.S. Bankruptcy Court**
U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

16-009587_EJS1

      B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA  19606

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Jean K. FitzSimon on July 17, 2019 at 09:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #3, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:  June 28, 2019

16-009587_EJS1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 16-11555** |
| **David Saunders** : | **Chapter 13** |
| **Joan Saunders** : | **Judge Jean K. FitzSimon** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | \* |
| : | |
| **Wilmington Savings Fund Society, FSB,** : | **Date and Time of Hearing** |
| **d/b/a Christiana Trust, not individually** : | **Place of Hearing** |
| **but as trustee for Pretium Mortgage** : | **July 17, 2019 at 09:30 a.m.** |
| **Acquisition Trust** : | |
| **Movant,** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #3** |
| vs : | **Philadelphia, PA, 19107** |
| : | |
| **David Saunders** : | |
| **Joan Saunders** | |

**SCOTT F. WATERMAN (Chapter 13)**
**Respondents.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

SCOTT F. WATERMAN (Chapter 13), Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA  19606

Brad J. Sadek, Attorney for David Saunders and Joan Saunders, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on June  28, 2019:

16-009587_EJS1

David Saunders and Joan Saunders, 8122 Rugby Street, Philadelphia, PA 19150

DATE: __June 28, 2019_____

    __/s Karina Velter_____
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-009587_EJS1