**Fill in this information to identify the case**

**Debtor 1** David Saunders

**Debtor 2** Joan Saunders
(Spouse, if filing)

**United States Bankruptcy Court for the:** EASTERN **District of** PA
                                                                                                    **(State)**

**Case number**   16-11555

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| **Name of creditor:** | Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust | **Court claim no.** (if known): | **12** |

**Last four digits** of any number you use to identify the debtor's account:   **3581**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒   No
☐   Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case.  If the court has previously approved an amount indicate that amount in parentheses after the date the amount was incurred.**

| | **Description** | **Dates incurred** | | **Amount** | |
|---|---|---|---|---|---|
| 1. | Late charges | | (1) | $ | |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ | |
| 3. | Attorney's fees | | (3) | $ | |
| 4. | Filing fees and court costs | MFR Filing Fee 7/5/2019 | (4) | $ | 181.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ | |
| 7. | Property inspection fees | 6/29/2019, 8/5/2019 | (7) | $ | 33.24 |
| 8. | Tax advances (non-escrow) | | (8) | $ | |
| 9. | Insurance advances (non-escrow) | | (9) | $ | |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ | |
| 11. | Other. Specify: _____ | | (11) | $ | |
| 12. | Other. Specify: _____ | | (12) | $ | |
| 13. | Other. Specify: _____ | | (13) | $ | |
| 14. | Other. Specify: _____ | | (14) | $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2         **Notice of Postpetition Mortgage Fees, Expenses, and Charges**         Page **1**

16-009587_GLHS

| Debtor 1 | David Saunders | | | Case number (if known) 16-11555 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Sign Here

**The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.**

Check the appropriate box.

☐    I am the creditor.

☐    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**    /s/ Karina Velter    Date December 18, 2019
         Signature

Print:      Karina Velter                         Title   Attorneys for Creditor
Title       Attorneys for Creditor
Company     Manley Deas Kochalski LLC
Address     P.O. Box 165028
            Number      Street
            Columbus, OH  43216-5028
            City          State       ZIP Code

Contact phone   614-220-5611            Email   amps@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | |
| **David Saunders** : | **Case No.: 16-11555** |
| **Joan Saunders** : | **Chapter 13** |
| : | **Judge Jean K. FitzSimon** |
| **Debtor(s).** : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served on the parties listed below via e-mail notification:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  Scott F. Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Suite 100, Reading, PA  19606

  Brad J. Sadek, Attorney for David Saunders and Joan Saunders, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on December  18 , 2019:

  David Saunders and Joan Saunders, 8122 Rugby Street, Philadelphia, PA 19150


DATE:   December 18, 2019

                                             /s/ Karina Velter
                                            Karina Velter, Esquire (94781)
                                            Adam B. Hall (323867)
                                            Sarah E. Barngrover (323972)
                                            Manley Deas Kochalski LLC
                                            P.O. Box 165028
                                            Columbus, OH  43216-5028
                                            Telephone: 614-220-5611
                                            Fax: 614-627-8181
                                            Attorneys for Creditor
                                            The case attorney for this file is Karina Velter.
                                            Contact email is kvelter@manleydeas.com


16-009587_GLHS